| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| | KATHLEEN E. TREIBER (232353) |
| 2 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 3 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 4 | ktreiber@cooley.com |
| 5 | Of counsel: |
| | COOLEY GODWARD LLP |
| 6 | PETER J. WILLSEY |
| | The Bowen Building |
| 7 | 875 15th Street, NW, Suite 800 |
| | Washington, DC 20005-2221 |
| 8 | Telephone: (202) 842-7800 |
| | Facsimile: (202) 842-7899 |
| 9 | pwillsey@cooley.com |
| 10 | Attorneys for Defendant |
| | NETBLUE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ABERCROMBIE & FITCH CO. and ABERCROMBIE & FITCH TRADING CO., | Case No. C06-01815-SC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| v. | Complaint Filed: March 8, 2006 |
| NETBLUE, INC. dba YF DIRECT INC., | |
| Defendant. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1006731 v1/SF

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
C06-01815-SC

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in accordance with the Settlement Agreement reached between the parties, Plaintiffs Abercrombie & Fitch Co. and Abercrombie & Fitch Trading Co., and Defendant Netblue, Inc., by and through their respective counsel of record, hereby stipulate to dismissal of this action without prejudice on the terms of that certain Settlement Agreement and Mutual Release dated as of September 20, 2006.

Dated: September 20, 2006

HOWREY LLP

/s/
Bobby A. Ghajar (198719)
Attorneys for Plaintiffs ABERCROMBIE &
FITCH CO. & ABERCROMBIE & FITCH
TRADING CO.

Dated: September 20, 2006

COOLEY GODWARD LLP
KATHLEEN E. TREIBER (232353)
PETER J. WILLSEY

/s/
Kathleen E. Treiber (232353)
Attorneys for Defendant
NETBLUE, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Paragraph (B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: September 20, 2006

/s/
Kathleen E. Treiber

IT IS SO ORDERED

Dated: September 21, 2006

_____
United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1006731 v1/SF

1.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
C06-01815-SC